MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Counsel for Defendant,
Fox Rent A Car, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAN THOMASSIAN,

    Plaintiff,

vs.

BRIAN GROVES, FOX RENT A CAR, INC,
a California Corporation,
DOES I-X, and ROES I-X, Inclusive,

    Defendants.

CASE NO: 2:17-cv-02301-APG-PAL

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT FOX RENT A CAR, INC. ONLY

IT IS HEREBY STIPULATED, by and between the Plaintiff Dan Thomassian, by and through his attorney Thomas J. Gibson, Esq. of the Gibson Law Group, PLLC, Defendant Brian Groves, by and through his attorney Kenneth M. Webster, Esq. of Hall, Prangle and Schoonveld, LLC and Defendant Fox Rent A Car, Inc., a California Corporation by and through its attorney of record, Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell, PLLC, that Plaintiff's claims against Defendant Fox Rent A Car only in the above entitled action shall be dismissed with prejudice in their entirety, each party to bear its own attorneys' fees and costs.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT FOX RENT A CAR ONLY**
- PAGE 1 OF 3 -

2915745v1

This Dismissal with Prejudice of Plaintiff's Claims against Defendant Fox Rent A Car shall have no effect or impact on Plaintiff's ongoing claims against Defendant Brian Grove.

DATED this 21 day of ~~October~~ December 2017.

GIBSON LAW GROUP, LLC

/s/ Thomas J. Gibson

THOMAS J. GIBSON, ESQ.
Nevada Bar No. 008688
2340 E. Calvada Blvd., Ste. 5
Pahrump, NV 89048
Phone 775-209-1035
Fax 775-624-9778
Attorney for Plaintiff Dan Thomassian

DATED this 24th day of ~~October 2017~~ Jan 2018.

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorney for Defendant Fox Rent A Car

DATED this ___ day of October 2017.

HALL PRANGLE & SCHOONVELD, LLC

/s/ Ken O'Maley 12461

KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 7205
1160 N. Town Center Dr., Ste. 200
Las Vegas, NV 89114
Phone: 702-889-6400
Fax: 702-384-6025
Attorney for Defendant Brian Grove

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims against Defendant Fox Rent A Car only shall be dismissed in their entirety, with prejudice, each party to bear its own costs and fees. The dismissal of Fox Rent A Car shall have no impact on Plaintiff's claims against Defendant Brian Grove.

IT IS SO ORDERED this 7th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS
AGAINST DEFENDANT FOX RENT A CAR ONLY
- PAGE 2 OF 3 -

2915745v1

Submitted by:

BAUMAN LOEWE WITT & MAXWELL, PLLC.

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorney for Defendant Fox Rent A Car

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT FOX RENT A CAR ONLY**
- PAGE 3 OF 3 -

2915745v1