KENNETH M. WEBSTER, ESQ.
Nevada Bar No.: 7205
RYAN T. O'MALLEY, ESQ.
Nevada Bar No.: 12461
HALL PRANGLE & SCHOONVELD, LLC
1160 N. Town Center Dr., Ste. 200
Las Vegas, NV 89144
*Attorneys for Defendant Brian Groves*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAN THOMASSIAN,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN GROVES, FOX RENT A CAR, INC., a California Corporation, DOES I-X, and ROES I-X, Inclusive,<br><br>Defendants. | CASE NO.: 2:17-CV-2301-APG-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT, BRIAN GROVES** |

Plaintiff DAN THOMASSIAN, by and through his attorney of record, Thomas J. Gibson, Esq. of Gibson Law Group, PLLC, and Defendant BRIAN GROVES, by and through his attorney of record, Ryan T. O'Malley, Esq. of Hall Prangle & Schoonveld, LLC, hereby stipulate that Plaintiff's claims against Defendant Brian Groves in the above-entitled action shall be dismissed with prejudice in their entirety, each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 3 day of April, 2018.        DATED this 3 day of April, 2018.

GIBSON LAW GROUP                          HALL PRANGLE & SCHOONVELD, LLC

_____                 _____
THOMAS J. GIBSON, ESQ.                    KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 3995                       Nevada Bar No. 7205
2340 E. Calvada Blvd., Ste. 5             RYAN T. O'MALLEY, ESQ.
Pahrump, NV 89048                         Nevada Bar No. 12461
*Attorneys for Plaintiff*                 1160 North Town Center Drive, Suite 200
                                          Las Vegas, NV 89144
                                          *Attorneys for Defendant Brian Groves*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant Brian Groves shall be dismissed in its entirety, with prejudice, each party to bear their own attorneys fees and costs.

IT IS SO ORDERED this __4th__ day of April, 2018

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

HALL PRANGLE & SCHOONVELD, LLC

KENNETH M. WEBSTER, ESQ.
Nevada Bar No.: 7205
RYAN T. O'MALLEY, ESQ.
Nevada Bar No.: 12461
HALL PRANGLE & SCHOONVELD, LLC
1160 N. Town Center Dr., Ste. 200
Las Vegas, NV 89144
*Attorneys for Defendant Brian Groves*

4845-4270-0896, v. 1